IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTH ATLANTIC CONTAINER LINES, LTD.; MARUBA S.C.A. EMPRESA DE NAVEGACIO MARITIMA; and EMPRESA DE NAVEGACION MARUBA S.A., <br><br> Defendants. <br>_____/ | No. C 11-2403 CW <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Docket No. 14) |

Plaintiff CAI International, Inc. requests that the Court enter a default judgment against Defendant South Atlantic Container Lines Ltd.  It does not appear that Plaintiff has yet perfected service upon Defendants Maruba S.C.A. Empresa de Navegacio Maritima and Empresa De Navegacion Maruba S.A.

Federal Rule of Civil Procedure 54 provides in part, "When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b).

Plaintiff has not demonstrated that there is no just reason to delay entry of final judgment against it until such time that the Court can enter a judgment adjudicating all the claims and all the parties' rights and liabilities.

Accordingly, the Court DENIES without prejudice Plaintiff's request for entry of default judgment against Defendant South

1  Atlantic Container Lines (Docket No. 14).  Plaintiff may renew its
2  motion if it dismisses the other Defendants from this action or at
3  other such time that a judgment adjudicating all the claims and
4  all the parties' rights and liabilities may be entered.
5       IT IS SO ORDERED.

7  Dated: 1/13/2012
          CLAUDIA WILKEN
          United States District Judge