IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAI INTERNATIONAL INC,

    Plaintiff,

v.

SOUTH ATLANTIC CONTAINER LINES LTD; MARUBA S.C.A. EMPRESA DE NAVEGACIO MARITIMA; and EMPRESA DE NAVEGACIO MARUBA S.A.,

    Defendants.

No. C 11-02403 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, March 29, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 2/24/2012

CLAUDIA WILKEN
United States District Judge

cc:  MagRef