IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI INTERNATIONAL, INC., | No. C 11-2403 CW |
| Plaintiff, | ORDER WITHDRAWING REFERENCE TO |
| v. | MAGISTRATE JUDGE AND TAKING MOTION |
| SOUTH ATLANTIC CONTAINER LINES, LTD.; MARUBA S.C.A. EMPRESA DE NAVEGACIO MARITIMA; and EMPRESA DE NAVEGACION MARUBA S.A., | UNDER SUBMISSION ON THE PAPERS |
| Defendants. | |

The Court hereby WITHDRAWS its Order of February 24, 2012, in which it referred Plaintiff's motion for default judgment against Defendant South Atlantic Container Lines Ltd. to a magistrate judge for a report and recommendation.  The referral was made in error, because the Court had previously indicated that Plaintiff could not renew its motion for default judgment unless "it dismisses the other Defendants from this action or at other such time that a judgment adjudicating all the claims and all the parties' rights and liabilities may be entered."  Docket No. 15 at 2.

Plaintiff's motion for partial default judgment is taken under submission on the papers.

IT IS SO ORDERED.

Dated: 4/5/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; EDL