IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI INTERNATIONAL, INC., | No. C 11-2403 CW |
| Plaintiff, | ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR PARTIAL DEFAULT JUDGMENT (Docket No. 18) |
| v. | |
| SOUTH ATLANTIC CONTAINER LINES, LTD.; MARUBA S.C.A. EMPRESA DE NAVEGACIO MARITIMA; and EMPRESA DE NAVEGACION MARUBA S.A., | |
| Defendants. | |

On January 10, 2012, Plaintiff CAI International, Inc. moved for default judgment against Defendant South Atlantic Container Lines Ltd. At that time, it did not appear that Plaintiff had yet perfected service upon Defendants Maruba S.C.A. Empresa de Navegacio Maritima and Empresa De Navegacion Maruba S.A.

On January 13, 2012, the Court denied Plaintiff's motion, because Plaintiff made no argument in its motion that there was no just reason to delay entry of final judgment in its favor until such time that the Court could enter a judgment adjudicating all the claims and all the parties' rights and liabilities. See Federal Rule of Civil Procedure 54(b). At that time, the Court stated, "Plaintiff may renew its motion if it dismisses the other Defendants from this action or at other such time that a judgment adjudicating all the claims and all the parties' rights and liabilities may be entered." Docket No. 15, 2.

On February 23, 2012, Plaintiff renewed its motion for default judgment against Defendant South Atlantic Container Lines

Ltd. only. Plaintiff did not dismiss the claims against the other Defendants and did not make any showing that judgment can be entered as to all claims and parties at this time.

The Court notes that, on April 12, 2012, attorneys entered special appearances on behalf of South Atlantic Container Lines Ltd. and may move to set aside the entry of default against it.

Accordingly, the Court DENIES Plaintiff's renewed motion for partial judgment for failure to comply with the Court's order of January 13, 2012.

IT IS SO ORDERED.

Dated: 4/13/2012

CLAUDIA WILKEN
United States District Judge

2