IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI INTERNATIONAL, INC., | No. C 11-2403 CW |
|     Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT AGAINST EACH DEFENDANT |
|   v. | |
| SOUTH ATLANTIC CONTAINER LINES, LTD.; MARUBA S.C.A. EMPRESA DE NAVEGACIO MARITIMA; and EMPRESA DE NAVEGACION MARUBA S.A., | |
|     Defendants. | |

Plaintiff CAI International, Inc. has filed a motion for summary judgment or, in the alternative, for partial summary judgment, and has noticed its motion for hearing on September 27, 2012. Docket No. 45. The Court previously set December 13, 2012 as the deadline to hear all case dispositive motions. Docket No. 42. At that time, the Court also instructed the parties to file their case dispositive motions as cross-motions. Id.

The Court prefers to hear all case dispositive motions at one time, absent a good reason to do otherwise. Plaintiff's motion may be heard on the date noticed as long as Defendants South Atlantic Container Lines, Ltd., Empresa de Navegacion Maruba S.A. and Maruba S.C.A. Empresa De Navegacion Maritima, now known as Maritima Maruba, S.A., are prepared to oppose it and no party intends to file another case dispositive motion at a later date. The parties shall meet and confer about the schedule and file an appropriate motion under L.R. 7-11 if they are unable to agree.

If Defendants wish to file a cross-motion for summary judgment, the parties shall adhere to the briefing schedule set forth in the case management order. That is, Defendants shall file, in a single brief, their cross-motion and their opposition to Plaintiff's motion, two weeks after Plaintiff filed its motion. Plaintiff's opposition to Defendants' cross-motion and reply in support of its motion, contained in a single brief, shall be due one week thereafter. Defendants' reply in support of their cross-motion shall be due one week thereafter.

IT IS SO ORDERED.

Dated: 8/20/2012

CLAUDIA WILKEN
United States District Judge