EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (State Bar #60915)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    415-227-9455
Facsimile:     415-227-4255
E-Mail:         edanoff@edptlaw.com
                   kessick@edptlaw.com

Attorneys for Plaintiff
CAI International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOUTH ATLANTIC CONTAINER LINES LTD., MARUBA S.C.A. EMPRESA DE NAVEGACION MARITIMA; and EMPRESA DE NAVEGACION MARUBA S.A., <br><br> Defendants. | Case No.:  CV 11 2403 CW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL DISMISSAL OF ACTION WITH PREJUDICE** |

This case having been fully compromised and settled, plaintiff CAI International, Inc. ("CAI") and defendants South Atlantic Container Lines, Ltd., Maruba Maritima S.A. (formerly known as Maruba S.C.A. Empresa de Navegacion Maritima), and Empresa de Navegacion Maruba S.A. (collectively "Defendants)" stipulate pursuant to FRCP Rule 41(a) and request the Court to order that this action be conditionally dismissed with prejudice, each party to bear its own costs.  The settlement calls for payments by Defendants over time through December 31, 2014, and if Defendants fail to make those payments or otherwise are in default of the settlement agreement, then CAI may file a stipulated judgment against them in this action.  If Defendants

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. CV 11 2403 CW

1  fulfill the terms of the settlement agreement then the stipulated judgment will be void and the

2  dismissal will be final and unconditional as of January 31, 2015. The parties therefore ask the

3  Court to incorporate the terms of the settlement agreement into this Dismissal and Proposed

4  Order by reference and request that the Court retain jurisdiction to enforce the settlement

5  agreement and receive (if appropriate) the stipulated judgment. See *Kokkonen v Guardian Life*

6  *Ins. Co.* (1994) 511 U.S. 375, 381, 114 S.Ct. 1673, 1677, 128 L.Ed.2d 391, 397; *Beckless v*

7  *Chater* (N.D. Ill. 1995) 909 F.Supp. 575, 579.

8  Dated: December 19, 2012        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                                    Eric Danoff
9                                   Katharine Essick

10
                                    By_____/s/ Eric Danoff_____
11                                  Attorneys for Plaintiff
                                    CAI International, Inc.
12

13  Dated: December 19, 2012        BAKER BOTTS L.L.P.

14

15                                  By_____/s/ W. Zachary Hughes_____
                                    W. Zachary Hughes (admitted pro hac vice)
16                                  30 Rockefeller Plaza, Suite 4400
                                    New York, New York 10112-4498
17                                  Telephone: (212) 408-2504
                                    Facsimile. (212) 259-2504
18                                  Email: zach.hughes@bakerbotts.com

19                                  Jon Swenson
                                    California Bar No. 233054
20                                  620 Hansen Way
                                    Palo Alto, CA 94304-1014
21                                  Telephone: (650) 739-7514
                                    Facsimile. (650) 739-7614
22                                  Email: jon.swenson@,bakerbotts.com

23                                  Attorneys for Defendants
                                    South Atlantic Container Lines, Ltd.,
24                                  Maruba Maritima S.A., and
                                    Empresa de Navegacion Maruba S.A.

25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. CV 11 2403 CW

**ORDER CONDITIONALLY DISMISSING CASE WITH PREJUDICE**

Pursuant to FRCP Rule 41(a) and the stipulation of the parties, and good cause appearing, the Court hereby orders that this case is conditionally dismissed with prejudice, each party to bear its own costs.  The settlement calls for payments by Defendants over time through December 31, 2014, and if Defendants fail to make those payments or otherwise are in default of the settlement agreement, then CAI may file a stipulated judgment against them in this action.  If Defendants fulfill the terms of the settlement agreement then the stipulated judgment will be void and the dismissal of this action will be final and unconditional as of January 31, 2015.  The Court incorporates the terms of the settlement agreement into this Dismissal and Order by reference and retains jurisdiction to enforce the settlement agreement and receive (if appropriate) the stipulated judgment.

Dated: 12/19/2012

_____
United States District Judge

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105